UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 21-cv-20288-DLG

FAUSTIN FERTIL,

     Plaintiff,

vs.

BASIC MEATS SUPERMARKET, INC.,
d/b/a Bravo Supermarket #45240,

     Defendant.

_____/

## **SETTLEMENT AGREEMENT AND LIMITED RELEASE**

     This Settlement Agreement and Limited Release (hereinafter "Agreement") is hereby entered into between **FAUSTIN FERTIL** ("Fertil") and all of his heirs, executors, agents, successors, heirs, and assigns (collectively referred to as "Fertil"), and **BASIC MEATS SUPERMARKET, INC.,** (the "Company").

## **Recitals**

     **WHEREAS,** Fertil was, at one time, employed by the Company;

     **WHEREAS,** Fertil is seeking damages against the Company for unpaid overtime wages in the above-referenced matter (the "Litigation"); and

     **WHEREAS,** the Company denies all allegations and dispute all claims raised by Fertil.

     **NOW, THEREFORE,** in consideration of the mutual promises and covenants between the parties, the sufficiency of which is hereby acknowledged, Fertil and the Company hereby agree to the following Terms and Conditions:

-1-

Initials

RG

Initials

## **Terms and Conditions**

1.      All the foregoing Recitals are true and correct and are incorporated as part of these Terms and Conditions.

2.      The Parties will file a notice of magistrate consent in this matter.

3.      This Agreement is subject to the Court's approval of the Agreement and dismissal of the Litigation with prejudice. This Agreement shall be null and void should the Court not approve the Agreement.

4.      In consideration for Fertil's execution of this Agreement, the Company agrees that, fourteen (14) business days of the Parties' execution of this Agreement, Court approval of this Agreement, dismissal of the Litigation with prejudice, <u>receipt of a form W-9 from Fertil, and a form W-9 from Fertil's counsel</u>, the Company will pay a total of Twenty-One Thousand Five Hundred Dollars ($21,500) as follows:

    A. One check to Fertil in the amount of $7,000, minus lawful deductions and taxable withholdings.  This amount will be reported on an IRS Form W-2.

    B. One check to Fertil in the amount of $7,000, without deductions and withholdings.  This amount will be reported on an IRS Form 1099.

    C. One check to Bober & Bober, P.A. in the amount of $7,500 representing fees and costs.  Fertil's Counsel will receive an IRS Form 1099 as a result of the fees and costs payment. Fertil's counsel and/or Fertil shall be responsible for all taxes due as a result of the fees and costs payment.

5.      Fertil represents and warrants that he shall have sole responsibility for the satisfaction of any and all taxes, liens or assignments in law or equity, or otherwise, that may exist with respect to any recovery under this Agreement and that he will fully satisfy all taxes, liens, and assignments which may arise as a result of his receipt of the settlement payments.  Fertil represents that he is not subject to any garnishment or wage deduction order, including but not limited to, any order for the payment of child support.

6.      The Company agrees that it will pay the mediation fee in this matter up to the amount of $1,575.

7.      In consideration for the payments described above, Fertil agrees:

-2-

Initials

RG

Initials

A.    To release, satisfy and discharge all claims under the Fair Labor Standards Act or any other federal, state or local law related to the payment of minimum or overtime wages.

B.    Not to apply for or accept future employment with any of the Released Parties and Fertil agrees that the Company shall have no obligation to hire him as an employee, independent contractor or otherwise.

C.    Upon full and actual receipt of the $21,500 settlement amount, above, Fertil will have been paid all of his past wages, compensation, bonuses, commissions, leave payments and/or and benefits due as of the date of this Agreement and that no such additional amounts will be due to him.

D.    That Fertil has not filed any claims, complaints, charges, lawsuits or other proceedings against the Company with any governmental agency, arbitrator, or any court other than as set forth in this Agreement.

E.    That Fertil is not presently a debtor in a pending bankruptcy proceeding and has not filed for bankruptcy at any time in the past seven (7) years.

8.    To the extent Fertil lists the Company in applications for prospective employment, Fertil shall direct the prospective employer to contact Mirian Baez at miriam_baez@hotmail.com.  If the prospective employer contacts the identified individual for the Company, the Company will provide only dates of employment, and/or positions held, and/or rates of pay.

9.    Enforcement.  The Parties agree to seek that the U.S. District Court retain jurisdiction to enforce the terms of this Agreement.  Should a party hereto be required to enforce the material terms of this Agreement, the prevailing party in any such action or proceeding shall be entitled to reasonable attorneys.  The Parties agree to pay their respective attorneys' fees and costs in connection with this Agreement, unless otherwise specified herein, and will not try to obtain any additional fees or costs from each other than part of enforcing this Agreement.  The Parties reserve any and all rights to enforce the terms of this Agreement.

10.    Fertil represents and warrants that he has the capacity to act on his own behalf and on behalf of all who might claim through him to bind him to the terms and conditions of this Agreement.

11.    Neither party has relied upon any representations or statements made by the other party hereto which are not specifically set forth in this Agreement.

-3-

Initials

RG

Initials

Doc ID: 4a7fe7da8b500b641b10611a75eb2aa3ed07f190

12.     Fertil and the Company acknowledge that this Agreement constitutes the entire agreement between the Parties with respect to the matters set forth in this Agreement.

13.     This Agreement does not constitute an admission of a violation of any law, order, regulation, or enactment, or of wrongdoing of any kind by the Company.

14.     The provisions of this Agreement are severable, and if one or more of any provision or provisions are found to be unenforceable, invalid, or illegal, this will not affect any other provision or provisions of this Agreement, which will remain in full force and effect.  Waiver by Fertil or the Company of any breach of any provision of this Agreement shall not be construed to be a waiver by such party of any succeeding breach of such provision or a waiver by such party of a breach of any other provision.

15.     This Agreement shall be null and void, and neither party shall have any obligations under it if the Court fails to approve it.

16.     **The laws of the State of Florida shall apply to this Agreement.**  The Parties hereto acknowledge that his Agreement is enforceable in the state or federal courts of Florida. Plaintiff and the Company hereby waive any pleas of jurisdiction or venue as not being residents of Miami-Dade County, Florida, and hereby specifically authorize any action brought upon the enforcement of this Agreement to be commenced or filed in Miami-Dade County, Florida.

17.     This Agreement may only be amended in writing signed by Fertil and the Company and approved by the Court.

18.     This Agreement may be executed in counterparts, facsimile copies, and each counterpart shall have the same force and effect as an original and shall constitute an effective, binding agreement on the part of each of the undersigned.

19.     This Agreement shall not be construed against the Company by reason of the fact that they were responsible for the drafting of this Agreement or any provision of this Agreement.

20.     **FERTIL REPRESENTS THAT HE HAS BEEN ADVISED TO CONSULT WITH AN ATTORNEY OF HIS CHOICE; THAT HE HAS CAREFULLY REVIEWED AND CONSIDERED THIS AGREEMENT; THAT HE UNDERSTANDS THE TERMS OF THE AGREEMENT AND ITS FINAL AND BINDING EFFECT; THAT THE ONLY PROMISES MADE TO HIM TO SIGN THIS AGREEMENT ARE THOSE STATED IN**

-4-

RG
_____
Initials

_____
Initials

**THIS AGREEMENT; AND THAT HE IS SIGNING THIS AGREEMENT VOLUNTARILY.**

I have read the foregoing Settlement Agreement, and I accept and agree to the provisions contained herein.

| FAUSTIN FERTIL | BASIC MEATS SUPERMARKET, INC. |
|---|---|
| Signature: _Foutim_ | Signature: _ROBERT GOMEZ_<br>ROBERT GOMEZ (Sep 28, 2021 11:34 EDT) |
| Date: 09 / 27 / 2021 | Name: ROBERT GOMEZ |
| | Date: 9/28/2021 |

-5-

_F. F._
Initials

RG
Initials

Doc ID: 4a7fe7da8b500b641b10611a75eb2aa3ed07f190