**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 21-CV-20288-GRAHAM

FAUSTIN FERTIL,

    Plaintiff,

v.

BASIC MEATS SUPERMARKET, INC.,
d/b/a Bravo Supermarket #45240,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Settlement Approval and Motion to Dismiss Lawsuit with Prejudice [D.E. 29].

**THE COURT** has considered the Motion, pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves claims for minimum wage and/or unpaid overtime wages pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, and the Parties have informed the Court that they have reached a compromise of their claims. The Court is now required to review the Parties' agreement (hereinafter, "the Settlement Agreement") [D.E. 23-1]. Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). In reviewing a settlement of an FLSA private claim, the Court must "scrutiniz[e] the settlement for fairness," and determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Id. at 1353. A settlement entered into in an adversarial context

where both sides are represented by counsel throughout the litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. at 1354. The Court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id.

In this case, there is a bona fide dispute over FLSA provisions, as evidenced by the claims alleged in the Complaint. [See D.E. 1]. The Court finds that the compromise reached by the Parties under the Settlement Agreement is a fair and reasonable resolution of the Parties' bona fide dispute. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Motion for Approval of FLSA Settlement and Motion to Dismiss Lawsuit with Prejudice [D.E. 29] is **GRANTED**. The Settlement Agreement [D.E. 29-1] is **APPROVED**. Additionally, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**. This action is administratively **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of October, 2021.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record